UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN RAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION and HENRI A. TERMEER,<br><br>Defendants. | Civil Action No. 09-11267-GAO |
| VIVIAN OH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION and HENRI A. TERMEER,<br><br>Defendant. | Civil Action No. 09-11299-GAO |

ORDER
November 13, 2009

O'TOOLE, D.J.

The group consisting of Deka International S.A. Luxembourg, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and the Government of Guam Retirement Fund (collectively the "Genzyme Institutional Investors") has moved pursuant to Section 21(d)(A)(3)(B) of the Securities Exchange Act of 1934, as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order appointing it as Lead Plaintiff in this action on behalf of investors in the securities of Genzyme

Corporation, for approval of its selection of the law firms Grant & Eisenhofer and Bernstein Litowitz as Lead Counsel and Berman DeValerio as Liaison Counsel, and to consolidate the two above-captioned cases which in which identical claims are brought.

Genzyme Institutional Investors has demonstrated that it is the "most adequate plaintiff" according to the factors set forth in 15 U.S.C. § 78u-4(a)(3)(B). The other parties who filed similar motions seeking appointment have since acknowledged that they do not possess the largest financial interest in this litigation and/or have withdrawn their motions. All of the parties agree that the two cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  Accordingly, the Motion of the Genzyme Institutional Investors for Consolidation, Appointment of Lead Plaintiff, and Approval of Selection of Lead Counsel (dkt. no. 13) is GRANTED.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge