UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GENZYME CORP. SECURITIES LITIGATION | Consolidated No. 09-CV-11267 (GAO) |

## INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

Now come the individual defendants, Mark R. Bamforth, Alison Lawton, Geoffrey McDonough, David P. Meeker, Henri A. Termeer, and Michael S. Wyzga, and move, pursuant to Fed. R. Civ. P. 12(b)(6) and § 21D(b)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(b)(3)(A), for dismissal with prejudice of all claims asserted against them in this action. A memorandum of law and a declaration in support of this motion are being filed herewith.

Respectfully submitted,

MARK R. BAMFORTH, ALISON LAWTON, GEOFFREY MCDONOUGH, DAVID P. MEEKER, HENRI A. TERMEER AND MICHAEL S. WYZGA,

By their attorneys:

/s/ Kathleen E. Cross
John D. Hanify (BBO No. 219880)
Michael T. Marcucci (BBO No. 652186)
Kathleen E. Cross (BBO No. 556934)
Theodore J. Folkman (BBO No. 647642)
HANIFY & KING, Professional Corporation
One Beacon Street, 21st Floor
Boston, MA 02108
Phone: (617) 423-0400
Fax: (617) 423-0498
jdh@hanify.com, mtm@hanify.com,
kec@hanify.com, tjf@hanify.com

Dated : June 2, 2010

2

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 2, 2010.

      /s/ Kathleen E. Cross
      Kathleen E. Cross

565132