THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE GENZYME CORP. SECURITIES LITIGATION | ) <br> ) Consolidated <br> ) No. 09-cv-11267 (GAO) <br> ) |

## **NOTICE OF WITHDRAWAL OF ALISON E.H. MCLAUGHLIN**

Please take notice that Alison E.H. McLaughlin of Ropes & Gray LLP hereby withdraws her appearance as counsel for Genzyme Corporation in the above-captioned action. John D. Donovan, Jr. and Robert G. Jones of Ropes & Gray LLP have previously appeared in this matter and will continue to represent Genzyme Corporation, and this change will not materially affect the posture of the case.

Respectfully submitted,

/s/ Alison E.H. McLaughlin
Alison E.H. McLaughlin (BBO# 663060)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000
alison.mclaughlin@ropesgray.com

Dated: June 29, 2011

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, Notice of Withdrawal, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 29th day of June, 2011.

/s/ Alison E.H. McLaughlin
Alison E.H. McLaughlin

-2-