## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE GENZYME CORP. SECURITIES LITIGATION | ) ) ) ) ) ) | Consolidated Case No. 09-cv-11267 (GAO) |

### NOTICE OF WITHDRAWAL OF ATTORNEY PETER A. PEASE

TO: CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Peter A. Pease is hereby withdrawn as counsel for plaintiffs in the above-captioned action, pursuant to Local Rule 83.5.2(c). Plaintiffs continue to be represented by Berman DeValerio in this action.

DATED: August 2, 2011

Respectfully submitted,

*/s/Peter A. Pease*
Peter A. Pease
BERMAN DEVALERIO
One Liberty Square, 8th Floor
Boston, MA  02109
Telephone:   617 542-8300
Facsimile:   617 542-1194
e-mail:   ppease@bermandevalerio.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send electronic notice of such filing to all attorneys of record.

*/s/Peter A. Pease*
Peter A. Pease