# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GENZYME CORP.<br>SECURITIES LITIGATION | Consolidated Case<br>No. 09-cv-11267 (GAO) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk and all other parties:

    Pursuant to Local Rule 83.5.2 (e) of this Court, please take notice of the following information change(s) for Diane Zilka.

    I am admitted pro hac vice as counsel of record for Plaintiffs Deka International S.A. Luxembourg, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and the Government of Guam Retirement Fund.

    Effective November 28, 2011, the address for Grant & Eisenhofer P.A. will be:

> Grant & Eisenhofer P.A.
> 123 Justison Street
> Wilmington, DE  19801
> Tel: (302) 622-7000
> Fax: (302) 622-7100
> dzilka@gelaw.com

Dated: November 23, 2011

/s/ Diane Zilka
Diane Zilka (admitted pro hac vice)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE  19801
Tel:  302-622-7000
Fax: 302-622-7100

## Certificate of Service

I hereby certify that on November 23, 2011, this Notice of Change of Address was filed electronically with the Clerk of the Court using the ECF system, which will send electronic notice of such filing to all attorneys of record.

Dated: November 23, 2011            /s/ *Diane Zilka*
                                    Diane Zilka