UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE GENZYME CORP. SECURITIES LITIGATION | ) ) ) ) ) | Consolidated Case No. 09-cv-11267 (GAO) |

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Lead Plaintiffs hereby move for leave to file a Notice of Supplemental Authority, attached as Exhibit 1, to bring the Court's attention to certain recent authorities also involving securities fraud claims against a defendant drug company that are relevant to a number of issues raised by Defendants' pending motions to dismiss the Consolidated Class Action Complaint, and further support Lead Plaintiffs' arguments that all applicable pleading standards have been satisfied.  Defendants Mark A. Bamforth, Alison Lawton, Geoffrey McDonough, David P. Meeker, Henri A. Termeer and Michael S. Wyzga do not oppose the relief requested in this motion.  Defendant Genzyme Corporation takes no position on the motion.

Dated:  January 17, 2012

Respectfully submitted,

/s/ Bryan A. Wood
Bryan A. Wood, BBO # 648414
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
bwood@bermandevalerio.com
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Liaison Counsel*

        Jay W. Eisenhofer
        Megan D. McIntyre
        Diane Zilka
        GRANT & EISENHOFER P.A.
        123 Justison St.
        Wilmington, DE 19801
        Telephone:   (302) 622-7000
        Facsimile:   (302) 622-7100

        William C. Fredericks
        Ann M. Lipton
        BERNSTEIN LITOWITZ BERGER
          & GROSSMANN LLP
        1285 Avenue of the Americas
        New York, NY  10019
        Telephone:   (212) 554-1400
        Facsimile:   (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs Deka International S.A. Luxembourg, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and the Government of Guam Retirement Fund*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

     Liaison Counsel hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for the Lead Plaintiffs have conferred with counsel for Defendants in a good faith effort to address and resolve the issues presented in this motion and can attest that Defendants Mark A. Bamforth, Alison Lawton, Geoffrey McDonough, David P. Meeker, Henri A. Termeer and Michael S. Wyzga do not oppose the relief requested in this motion and that Defendant Genzyme Corporation takes no position on the motion.

        /s/ Bryan A. Wood
        Bryan A. Wood

## CERTIFICATE OF SERVICE

     I, Bryan A. Wood, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants by first class mail on January 17, 2012.

Dated:  January 17, 2012        /s/ Bryan A. Wood
                                      Bryan A. Wood