# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br>GENZYME CORPORATION | )<br>)<br>) | Civil Action No. 09-11267-GAO |
| JOHN RAHN, individually and on behalf of all others similarly situated, | )<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| GENZYME CORPORATION and HENRI A. TERMEER, | )<br>)<br>) | |
| Defendants. | )<br>) | |
| | | <u>CONSOLIDATED</u> |
| VIVIAN OH, individually and on behalf of all others similarly situated, | )<br>)<br>) | Civil Action No. 09-11299-GAO |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| GENZYME CORPORATION and HENRI A. TERMEER | )<br>)<br>) | |
| Defendants. | )<br>) | |

### ORDER OF DISMISSAL

   O'Toole       D.J.

In accordance with the Court's Opinion and Order Granting the

Defendants' Motions to Dismiss (docket numbers 62 & 65) dated <u>March 30, 2012,</u>

it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

  3/30/2012                                                       By the Court,
     Date

                                                                     /s/Christopher Danieli
                                                                     Deputy Clerk