# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE GENZYME CORP. SECURITIES LITIGATION | ) ) ) ) ) | Consolidated Case No. 09-cv-11267 (GAO) |

### LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR RELIEF FROM FINAL JUDGMENT UNDER RULE 59 TO AMEND ORDER AND JUDGMENT OF MARCH 30, 2012 TO PROVIDE FOR DISMISSAL WITHOUT (RATHER THAN WITH) PREJUDICE AND TO GRANT LEAVE TO FILE AMENDED COMPLAINT UNDER RULE 15

Lead Plaintiffs hereby move for leave to file a Notice of Supplemental Authority, attached hereto as Exhibit 1, to bring to the Court's attention the Eighth Circuit's recent decision in *Public Pension Fund Group v. Kv Pharm. Co.*, No. 10-3402 (8th Cir. June 4, 2012), which is relevant to Lead Plaintiffs' Motion for Relief from Final Judgment (Doc #102).

Dated: June 6, 2012

Respectfully submitted,

/s/ Bryan A. Wood
Bryan A. Wood (BBO # 648414)
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
bwood@bermandevalerio.com

*Liaison Counsel*

Jay W. Eisenhofer
Daniel L. Berger
Diane Zilka
Shelly L. Friedland
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Telephone:  (302) 622-7000
Facsimile:  (302) 622-7100

*- and -*

William C. Fredericks
Avi Josefson
Ann M. Lipton
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs Deka International S.A. Luxembourg, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and the Government of Guam Retirement Fund*

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Counsel for Lead Plaintiffs hereby certify, pursuant to Local Rule 7.1(a)(2), that Lead Plaintiffs' counsel have conferred with counsel for Defendants in a good faith effort to resolve and narrow the issues presented in this motion, and hereby state that the Defendants do not take any position on this motion.

/s/ Bryan A. Wood

## CERTIFICATE OF SERVICE

I, Bryan A. Wood, hereby certify that the foregoing document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 6, 2012.

/s/ Bryan A. Wood