# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE GENZYME CORP. | ) | Consolidated Case |
| SECURITIES LITIGATION | ) | No. 09-cv-11267 (GAO) |
|  | ) |  |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Lead Plaintiffs Deka International S.A. Luxembourg, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and the Government of Guam Retirement Fund hereby appeal to the United States Court of Appeals for the First Circuit from the underlying Opinion and Order dated March 30, 2012 [Docket No. 100], the Order of Dismissal dated March 30, 2012 [Docket No. 101] and the Opinion and Order dated December 21, 2012 [Docket No. 114].

Dated: January 14, 2013               Respectfully submitted,

                                       /s/ Bryan A. Wood
                                      Bryan A. Wood (BBO #648414)
                                      **BERMAN DEVALERIO**
                                      One Liberty Square
                                      Boston, MA  02109
                                      Tel:   (617) 542-8300
                                      Fax:   (617) 542-1194
                                      Email: bwood@bermandevalerio.com

                                      *Liaison Counsel for Co-Lead Plaintiffs*

                                      Jay W. Eisenhofer
                                      Daniel L. Berger
                                      Diane Zilka
                                      Shelly L. Friedland
                                      **GRANT & EISENHOFER P.A.**
                                      485 Lexington Avenue
                                      New York, NY 10017
                                      Telephone: (646) 722-8000
                                      Facsimile: (646) 722-8100

William C. Fredericks
Avi Josefson
Ann M. Lipton
**BERNSTEIN LITOWITZ BERGER
  & GROSSMAN LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs Deka International S.A. Luxembourg, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and the Government of Guam Retirement Fund*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on January 14, 2013.

*/s/ Bryan A. Wood*
Bryan A. Wood (BBO #648414)
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA  02109
Tel:     (617) 542-8300
Fax:    (617) 542-1194
Email: bwood@bermandevalerio.com