# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Jon Rahn, et al v. Genzyme Corporation, et al

District Court Number: 09-cv-11267

---

Fee: Paid? Yes **X** No ___   Government filer ___   *In Forma Pauperis* Yes ___ No **X**

---

Motions Pending   Yes ___ No **X**         Sealed documents   Yes ___ No **X**
*If yes, document #* ___                    *If yes, document #* ___

*Ex parte* documents   Yes ___ No **X**    Transcripts   Yes **X** No ___
*If yes, document #* ___                    *If yes, document #* 80

---

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ___   Other: ___

Appeal from:   # 100, #101, #114

Other information:

---

  I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, #100, #101, #114

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 115, filed on 1/14/2013.

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/14/2013.

**SARAH ALLISON THORNTON**
Clerk of Court

Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ___

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**